Entered: March 26th, 2026
Signed: March 26th, 2026

**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

## THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **Case No.: 26-13144-MMH** |
| **PAST & PRESENT TOWING & RECOVERY,** | * | |
| **INC.** | * | **Chapter 11 (Subchapter V)** |
| **Debtor** | * | |

### ORDER AUTHORIZING DEBTOR TO PAY CERTAIN PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION

Upon consideration of the Emergency Motion (the "Motion") of the Debtor for Entry of an Order Authorizing the Debtor to pay prepetition wages, salaries, and other compensation to the dates paid, a hearing held on March 26, 2026; and it appearing that relief requested in the Motion is in the best interest of the Debtor and its estate; and Notice of the Motion having been given as set forth in the Certificate of Service attached to the Motion; and after due deliberation and sufficient cause appearing therefore; it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion be and is hereby **GRANTED**; and it is further

**ORDERED**, that capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms set forth in the Motion; and it is further

**ORDERED**, that the Debtor is authorized to pay $35,950.86 of Unpaid Compensation, the 401k and withholding payments, all as set forth in the Motion and the attachment thereto.

Copies to:

Daniel A. Staeven, Esquire
United States Trustee
Subchapter V Trustee

**END OF ORDER**